JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| PUBLIC STORAGE, a Maryland real estate investment trust,<br><br>Plaintiff,<br><br>vs.<br><br>SPRINT CORPORATION, a Delaware corporation; SPRINT COMMUNICATIONS, INCORPORATED, a Kansas corporation; NEXTEL COMMUNICATIONS, INCORPORATED, a Delaware corporation; NEXTEL OF CALIFORNIA, INCORPORATED, a Delaware corporation; NEXTEL WEST CORPORATION, a Delaware corporation; NEXTEL COMMUNICATIONS OF THE MID-ATLANTIC, INCORPORATED, a Delaware corporation; NEXTEL OF TEXAS, INCORPORATED, a Texas corporation; DOES 1 through 100, inclusive,<br><br>Defendant. | Case No:   CV 14-2594-GW(PLAx)<br>Honorable George H. Wu<br><br>**FINAL JUDGMENT**<br><br>Complaint Filed:  March 5, 2014<br>FAC Filed:           April 1, 2014<br>Action Removed:  April 4, 2014 |

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. Sprint Corporation is dismissed from the action for lack of personal jurisdiction;

2. Defendants Sprint Communications, Inc., Nextel Communications, Inc., Nextel of California, Inc., Nextel West Corporation, Nextel Communications of the Mid-Atlantic, Inc. and Nextel of Texas, Inc. (collectively "Sprint-Nextel") are the prevailing parties;

3. Judgment is entered in favor of Defendants Sprint-Nextel on Plaintiff's First Amended Complaint;

4. Plaintiff shall take nothing by its First Amended Complaint and the action is dismissed on the merits;

5. Defendants Sprint-Nextel shall recover from Plaintiff their costs incurred in the defense of this action, together with post-judgment interest as prescribed by law; and

6. Defendants Sprint-Nextel shall recover from Plaintiff their reasonable attorney's fees incurred in the defense of this action as provided by contract as determined by this Court on a motion to recover attorney's fees, together with post-judgment interest as prescribed by law.

Dated: March 18, 2015

_____
The Honorable George H. Wu
United States District Judge